# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

160887

MARIA LOPEZ, Personal Representative of
the ESTATE OF ANTONIO R. HERRERA,
          Plaintiff-Appellant,

v

RICHARD SEILER, DPM, and HOLLAND
FOOT AND ANKLE CENTER,
          Defendants-Appellees.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160887
COA: 347902
Ottawa CC: 17-005172-NH

On order of the Court, the application for leave to appeal the December 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk

a1014